■ LeRoy Russell, Sr., Appellant, v State of New York, Respondent. (Claim No. 102802.) [760 NYS2d 377] —Appeal from an order of the Court of Claims (Lebous, J.), entered September 11, 2002, which, inter alia, granted defendant's motion for summary judgment and dismissed the claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims, Lebous, J. Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.